IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANTHONY MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, | § § § § § | |
| V. | § § | CAUSE NO. 1:20-CV-124-LY |
| CAS CONSULTING SERVICES, INC., DEFENDANT. | § § § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On May 4, 2020, the parties filed a Joint Rule 41 Stipulation of Dismissal With Prejudice (Doc. #13) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _5th_ day of May, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE